B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Addington, Larry Conrad** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5803** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2744 J-Lynn  Lane<br>Catlettsburg, KY**<br>ZIP Code **41129** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Boyd** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Addington, Larry Conrad** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **In re Appalachian Fuels, LLC et al.** | Case Number: **09-10343** | Date Filed: **6/11/09** |
|---|---|---|
| District: **E.D of Kentucky** | Relationship: **Potential Indirect** | Judge: **Joseph M. Scott Jr.** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____

          (Name of landlord that obtained judgment)

          _____

          (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                         Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Addington, Larry Conrad**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**   **/s/ Larry Conrad Addington**
Signature of Debtor   **Larry Conrad Addington**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 26, 2012**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**   **/s/ Donald W. Mallory**
Signature of Attorney for Debtor(s)

**Donald W. Mallory  KY 88727**
Printed Name of Attorney for Debtor(s)

**Cohen, Todd, Kite & Stanford, LLC**
Firm Name

**250 East Fifth Street**
**Suite 2350**
**Cincinnati, OH 45202-5136**

Address

**513-421-4020  Fax: 513-241-4495**
Telephone Number

**January 26, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

In re     **Larry Conrad Addington**                                      ,        Case No. _____

                                                    Debtor

# FORM 1. VOLUNTARY PETITION

## Other Names Attachment

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| 1. | DBA | **Addington Aviation, LLC** |
| 2. | DBA | **Addington Enterprises, Inc.** |
| 3. | DBA | **Addington Exploration, LLC** |
| 4. | DBA | **Addington International LLC** |
| 5. | DBA | **Addington Land Company, LLC** |
| 6. | DBA | **Addington Office Complex, LLC** |
| 7. | DBA | **Addington Properties LLP** |
| 8. | DBA | **Addington USA LLC** |
| 9. | DBA | **Appalachian Coal Processing LLC** |
| 10. | DBA | **Appalachian Electric, LLC** |
| 11. | DBA | **Appalachian Generating, LLC** |
| 12. | DBA | **Appalachian Machinery, Inc.** |
| 13. | DBA | **Appalachian Power, LLC** |
| 14. | DBA | **Appalachian Repair & Services, LLC** |
| 15. | DBA | **Belize River Fruit Company** |
| 16. | DBA | **Big Sandy Coal Sales, LLC** |
| 17. | DBA | **Big Sandy Properties, LLC** |
| 18. | DBA | **Cannonsburg Development Funding I, LLC** |
| 19. | DBA | **Cannonsburg Development Funding, LLC** |
| 20. | DBA | **Carbon Fuels Illinois, LLC** |
| 21. | DBA | **Carbon Fuels Properties, LLC** |
| 22. | DBA | **Caribbean Holdings, Inc.** |
| 23. | DBA | **Caribbean Medical Holding, Ltd.** |
| 24. | DBA | **Caye Chapel Ventures, Ltd.** |
| 25. | DBA | **Coal Strategies, LLC** |
| 26. | DBA | **Colorado Energy Investments, LLC** |
| 27. | DBA | **Eastern Terminals Land Company, LLC** |
| 28. | DBA | **Eastern Terminals, LLC** |
| 29. | DBA | **Energy Coal Resources, Inc.** |
| 30. | DBA | **Energy Fuels, LLC** |
| 31. | DBA | **EnviroEnergy, LLC** |
| 32. | DBA | **Enviropower, LLC** |
| 33. | DBA | **Fountain Investments, LLC** |
| 34. | DBA | **Fuels Consulting company, LLC** |
| 35. | DBA | **J Lynn Ventures, LLC** |
| 36. | DBA | **Larry Addington Irrevocable Family Insurance GSST Trust** |
| 37. | DBA | **Mining Machinery Holding, Inc.** |
| 38. | DBA | **Mining Machinery Services, LLC** |
| 39. | DBA | **MMI, Inc.** |
| 40. | DBA | **MMI Leasing Company, Inc.** |
| 41. | DBA | **Pyramid Island Development, Inc.** |
| 42. | DBA | **Snowcreek Development Company, LLC** |
| 43. | DBA | **St. Luke's University** |
| 44. | DBA | **St. Luke's University USA, LLC** |
| 45. | DBA | **Ultra Energy Resources, LLC** |
| 46. | DBA | **Wabash Land Holding Company** |
| 47. | DBA | **Western Caribbean University, LLC** |
| 48. | DBA | **Western Kentucky Fuels, LLC** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   __Larry Conrad Addington_____   Case No. _____

Debtor(s)   Chapter   __11__   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Larry Conrad Addington**
                         **Larry Conrad Addington**

Date:    **January 26, 2012**

Certificate Number: 00134-KYE-CC-016998600



00134-KYE-CC-016998600

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 4, 2012, at 2:47 o'clock PM EST, Larry C. Addington received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Kentucky, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    January 4, 2012                    By:      /s/Claire Belford

                                            Name:    Claire Belford

                                            Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Larry Conrad Addington** _____    Case No. _____

_____    Chapter    **11**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Caterpillar Financial Services Corp.** P.O. Box 340001 Nashville, TN 37203 | **Caterpillar Financial Services Corp.** P.O. Box 340001 Nashville, TN 37203 | **Leased Equipment Personal Guarantee - Agreed Judgment** | **Unliquidated Disputed** | **9,500,000.00** |
| **Chubb Insurance Co.** P.O. Box 7247-0180 Philadelphia, PA 19170 | **Chubb Insurance Co.** P.O. Box 7247-0180 Philadelphia, PA 19170 | **Alleged Inusrance Premium** | **Contingent Unliquidated Disputed** | **2,130.67** |
| **Frost Brown Todd, LLC** P.O. Box 70087 Louisville, KY 40270-0087 | **Frost Brown Todd, LLC** P.O. Box 70087 Louisville, KY 40270-0087 | | **Disputed** | **127,713.20** |
| **GATX** 222 West Adams Street Chicago, IL 60606 | **GATX** c/o Andrew  Wood, Wood & Wood 33 W. 2nd St., 3rd FL., US Bank Bldg. Maysville, KY 41056 | **Contract** | **Unliquidated Disputed** | **2,900,000.00** |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | **Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129** | **Contingent Unliquidated Disputed** | **3,374,532.41 (1,300,000.00 secured) (11,219,619.60 senior lien)** |
| **John Deere Credit Corporation** c/o Elizabeth Thompson, Stites Harbison 250 W. Main St., Ste. 2300 Lexington, KY 40507 | **John Deere Credit Corporation** c/o Elizabeth Thompson, Stites Harbison 250 W. Main St., Ste. 2300 Lexington, KY 40507 | **Collection Agreed Judgment** | **Unliquidated Disputed** | **556,646.92** |
| **Jones, Waldo, Holbrook & McDonough** P.O. Box 45444 Salt Lake City, UT 84145-0444 | **Jones, Waldo, Holbrook & McDonough** P.O. Box 45444 Salt Lake City, UT 84145-0444 | | **Unliquidated Disputed** | **972.50** |
| **Jones, Walters, Turner & Shelton, PLLC** P.O. Box 1167 Pikeville, KY 41502 | **Jones, Walters, Turner & Shelton, PLLC** P.O. Box 1167 Pikeville, KY 41502 | | **Unliquidated Disputed** | **4,656.65** |
| **Kathy Reid** 198 Springfield Lane Jacksboro, TN 37757 | **Kathy Reid** 198 Springfield Lane Jacksboro, TN 37757 | | | **1,165,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Larry Conrad Addington**                                                          Case No. _____
                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Miller & Wells, PLLC**<br>**300 E. Main St.**<br>**Suite 360**<br>**Lexington, KY 40507** | **Miller & Wells, PLLC**<br>**300 E. Main St.**<br>**Suite 360**<br>**Lexington, KY 40507** | | **Unliquidated**<br>**Disputed** | **112,150.50** |
| **Peoples Bank, N.A.**<br>**130 Putnam St.**<br>**Marietta, OH 45750** | **Peoples Bank, N.A.**<br>**130 Putnam St.**<br>**Marietta, OH 45750** | **Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **11,200,000.00**<br>**(1,300,000.00 secured)**<br>**(19,619.60 senior lien)** |
| **PNC Equipment Finance, LLC**<br>**One PNC Plaza**<br>**249 Fifth Street**<br>**Pittsburgh, PA 15222-2707** | **PNC Equipment Finance, LLC**<br>**One PNC Plaza**<br>**249 Fifth Street**<br>**Pittsburgh, PA 15222-2707** | **Guarantee -Aircraft Deficency** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **3,700,000.00** |
| **Republic Bank, Inc. c/o Stephen Tingey**<br>**Ray, Quinney & Nebeker, PC**<br>**P.O. Box 45385**<br>**Salt Lake City, UT 84145-0385** | **Republic Bank, Inc. c/o Stephen Tingey**<br>**Ray, Quinney & Nebeker, PC**<br>**P.O. Box 45385**<br>**Salt Lake City, UT 84145-0385** | **Personal Guarantee - Equipment** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **303,021.72** |
| **Town Square Bank**<br>**9431 US Route 60**<br>**Ashland, KY 41102** | **Town Square Bank**<br>**9431 US Route 60**<br>**Ashland, KY 41102** | **Personal Guarantee - Loan of Robert Addington** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **3,000,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Larry Conrad Addington**                                    Case No. _____
                                                                         _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, **Larry Conrad Addington**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 26, 2012**                Signature   **/s/ Larry Conrad Addington**
                                                          **Larry Conrad Addington**
                                                          Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Larry Conrad Addington**
                                                                          ,    Case No. _____
                                              Debtor

                                                                               Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,335,329.00 | | |
| B - Personal Property | Yes | 11 | 5,788,366.60 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 15,844,152.01 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 21,432,292.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 4,291.71 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 18,067.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | Total Assets | | 7,123,695.60 | | |
| | | Total Liabilities | | 37,276,444.17 | |

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Larry Conrad Addington**                                         ,   Case No. _____

                                                     Debtor

                                                                           Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Larry Conrad Addington**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129** | **Fee simple** | - | **1,300,000.00** | **1,300,000.00** |
| **Undeveloped land approximately 111 acres, Elliott County, KY** | **Fee simple** | - | **11,329.00** | **0.00** |
| **Burial Plots - 3 lots, Elliott County Memory Gardens, Sandy Hook, KY 41171** | **Fee simple** | - | **24,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,335,329.00** | (Total of this page) |
| Total > | **1,335,329.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Larry Conrad Addington**                                    ,      Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | 15,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - WesBanco, Ironton, OH** | - | 8,773.82 |
| | | | **Checking Account - Town Square Bank, Ashland, KY** | - | 835.06 |
| | | | **Socail Security Checking Account City National Bank Russell, KY** | - | 10,413.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **N/A** | - | 0.00 |

Sub-Total >       35,021.88
(Total of this page)

__10__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Conrad Addington**_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | - | **Master Bedroom:**<br>**Bed: $1,000, 2 Nightstands: $250, Armoire:  $300, TV: $300, Couch: $500**<br>**CoffeeTable: $100, End Table: $50, Recliner: $75, 4 Lamps: $100, Misc. Decorations: $290**<br><br>**Master Bathroom:**<br>**Misc. Decorations:  $100**<br><br>**Laundry Room: Washer & Dryer:  $300**<br><br>**Kitchen:**<br>**8  Bar Stools: $160, Cooking Utensils: $150, Misc. Items: $185**<br><br>**Dining Room:**<br>**Table & Chairs $500, China Cabinet: $500, Dishes: $100, Side Table: $200, Misc. Decorations: $85**<br><br>**TV Room:**<br>**TV and Sound Syst.: $1,000. Misc. Furniture: $365**<br><br>**Foyer:**<br>**Couch: $100, 2 Chairs:  $60, 4 tables: $200, TV: $300, 2 Glass Cabinets:  $200,  Mirror:  $100, Misc. Home Decor: $730**<br><br>**Bedroom #1:**<br>**Bed: $500, 2 Nightstands: $200, Armoire:  $200, Dresser: $300, TV: $35, 2 Chairs:  $50, 2 Lamps: $40, Misc. Home Decor: $80**<br><br>**Bedroom #2:**<br>**Bed: $500, 2 Nightstands: $200, Armoire:  $200, Dresser: $200, TV: $20, 3 Lamps:$45, Misc. Home Decor: $62**<br><br>**Bedroom #3:**<br>**Bed: $600, 2 Nightstands: $200. Armoire:  $450, Dresser: $300, TV: $100, 2 Lamps:$40, Misc. Home Decor: $160**<br><br>**Weight Room:**<br>**Exercise Equip: $255, 6 Bar Stools: $60, Pool Table: $350, Couch: $100, 4 Chairs: $120, Misc Home Decor: $165**<br><br>**Spare Room:**<br>**Misc. Home Items: $190**<br><br>**Garage:**<br>**Misc. Chairs, Holiday Decor:$630**<br><br>**Pool Area/House:**<br>**Misc Home Items: $455** | | 10,870.00 |
| | | | Sub-Total ><br>(Total of this page) | 10,870.00 |

Sheet __1__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Conrad Addington**                                    ,    Case No. _____
                                                    **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **N/A** | | - | **0.00** |
| 6. Wearing apparel. | | **Misc. Clothing** | - | **500.00** |
| 7. Furs and jewelry. | | **Pulsar watch** | - | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **UZI, 20 gauge shotgun, 12 gauge shotgun, 2 revolvers -** **Locaation: 2744 J-Lynn Lane, Cattettsburg, KY 41129** | - | **1,500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **N/A** | | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | **N/A** | | - | **0.00** |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **N/A** | | - | **0.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **N/A** | | - | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **ANC Rental Corp. (1,875 shares) -** **Location: 1101 Port Rd., Wurtland, KY 41144** | - | **0.00** |
| | | **Ashland, Inc. (32 shares) - 1101 Port Rd., Wurtland, KY 41144** | - | **2,054.72** |
| | | **Compressus (1,245,000 shares) - In posession of Counsel for Business Aircraft Leasing** | - | **Unknown** |
| | | **Defining Moments Campground (50 shares) - 1101 Port rd., Wurtland, KY 41144** | - | **0.00** |
| | | **Addington Aviation, LLC, P.O. Box 5220, Ashland, KY 41105** **100% Direct Ownership** | - | **Unknown** |

Sub-Total >          **4,104.72**
(Total of this page)

Sheet  **2**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Conrad Addington**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Addington Enterprises, Inc., P.O. Box 5220, Ashland, KY 41105 80% Direct Ownership | - | Unknown |
| | | Addington Exploration, LLC, P.O. Box 5220, Ashland, KY 41105 36.1% Indirect Ownership | - | Unknown |
| | | Addington International, LLC, P.O. Box 5220, Ashland, KY 41105 80% Indirect Ownership | - | Unknown |
| | | Addington Land Company, LLC, P.O. Box 5220, Ashland, KY 41105 66% Indirect Ownership | - | Unknown |
| | | Addington Office Complex, LLC, P.O. Box 5220, Ashland, KY 41105 25% Direct Ownership | - | Unknown |
| | | Addington Properties, LLP, P.O. Box 192, Belize City, Belize .001% Indirect Ownership | - | Unknown |
| | | Addington USA, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 90% Direct Ownership 10% Indirect Ownership End Date: 6/29/2010 | - | 0.00 |
| | | Appalachian Coal Processing, LLC, 1500 N. Big run Rd., Ashland, KY 41102 90% Direct Ownership 10% Indirect Ownership End Date: 6/29/2010 | - | 0.00 |
| | | Appalachian Electric, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date:  9/2/2008 | - | 0.00 |
| | | Appalachian Generating, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date: 9/2/2008 | - | 0.00 |
| | | Appalachian Machinery, Inc., P.O. Box 5220, Ashland, KY 41105 100% Direct Ownership f/k/a Mining MAchinery Holding, Inc. | - | Unknown |

Sub-Total >          0.00
(Total of this page)

Sheet __3__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Conrad Addington**                                      ,        Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Appalachian Power, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date: 9/2/2008 | - | 0.00 |
| | | Appalachian Repair & Services, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Indirect Ownership End Date: 1/3/2008 f/k/a Mining Machinery Services, LLC | - | 0.00 |
| | | Belize River Fruit Company, 1500 N. Big Run Rd, Ashland, KY 41102 100% Direct Ownership End Date: 5/11/07 | - | 0.00 |
| | | Big Sandy Coal Sales, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date: 1/26/2010 | - | 0.00 |
| | | Big Sandy Properties, LLC, P.O. Box 5220, Ashland, KY 41105 100% Direct Ownership | - | Unknown |
| | | Cannonsburg Development Funding I, LLC, P.O. Box 5220, Ashland, KY 41105 33% Indirect Ownership | - | Unknown |
| | | Cannonsburg Development funding, LLC, P.O. Box 5220, Ashland, KY 41105 33% Indirect Ownership | - | Unknown |
| | | Caarbon Fuels Illinois, LLC, P.O. Box 5220, Ashland, KY 41105 40% Direct Ownership | - | Unknown |
| | | Carbon Fuels Properties, LLC, P.O. Box 5220, Ashland, KY 41105 36.1% Indirect Ownership | - | Unknown |
| | | Carribean Holdings, Inc,., P.O. Box 5220, Ashland, KY 41105 100% Direct Ownership End Date: 12/27/11 | - | 0.00 |
| | | Carribean Medical Holding, Ltd., P.O. Box 192, Belize City, Belize 100% Indirect Ownership | - | Unknown |

Sub-Total >          **0.00**
(Total of this page)

Sheet   __4__   of   __10__   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Larry Conrad Addington**                                    ,     Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Caye Chapel Ventures, Ltd., P.O. Box 192, Belize City, Belize<br>100% Indirect Ownership | - | Unknown |
| | | Coal Strategies, LLC, 1500 N. Big Run Rd., Ashland, KY 41102<br>100% Direct Ownership | - | Unknown |
| | | Colorado Energy Investments, LLC, P.O. Box 5220, Ashland, KY 41105<br>27.5% Direct Ownership | - | Unknown |
| | | Eastern Terminals Land Company, LLC, P.O. Box 5220, Ashland, KY 41105<br>100% Indirect Ownership<br>End Date: 12/27/11 | - | 0.00 |
| | | Eastern Terminals, LLC, P.O. Box 5220, Ashland, KY 41105<br>15% Direct Ownership | - | Unknown |
| | | Energy Coal Resources, Inc., 1500 N. Big Run Rd., Ashland, KY 41102<br>7.4% Direct<br>Additonal Indirect interest through Colorado Energy Investments, LLC and Fountain Investments, LLC | - | Unknown |
| | | Energy Fuels, LLC, 1500 N. Big Run Rd., Ashland, Ky 41102<br>40% Direct Ownership<br>End Date: 3/29/2010 | - | 0.00 |
| | | EnviroEnergy LLC, 1500 N. Big Run Rd., Ashland, KY 41102<br>100% Direct Ownership<br>End Date: 9/2/2008 | - | 0.00 |
| | | Enviropower LLC, 1500 N. Big Run Rd., Ashland, KY 41102<br>End Date: 11/1/2008 | - | 0.00 |
| | | Fountain Investments LLC, P.O. Box 5220, Ashland, KY 41105<br>33.3% Direct Ownership | - | Unknown |
| | | Fuels Consulting Company, LLC, 1500 N. Big Run Rd., Ashland, KY 41102<br>90% Direct Ownership<br>End Date: 6/13/2007 | - | 0.00 |

Sub-Total >            0.00
(Total of this page)

Sheet  __5__  of  __10__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Larry Conrad Addington**                              ,  Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | J Lynn Ventures, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date7/31/2008 | - | Unknown |
| | | Mining Machinery, Inc., 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership 5/28/2003 Merged into Mining Machinery Holding, Inc. | - | Unknown |
| | | Mining Machinery Holding, Inc., P.O. Box 5220, Ashland, KY 41105 100% Direct Ownership 1/24/2007 named changed to Appalachian Machinery, Inc. | - | Unknown |
| | | Mining Machinery Services, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Indirect Ownership Name changed to Appalachian Repair and Service, LLC | - | Unknown |
| | | MMI, Inc., 1500 N. Big Run Rd., Ashland, KY 41102 100% Indirect Ownership End Date: 5/11/2007 | - | 0.00 |
| | | MMI Leasing Company, Inc., 1500 N. Big Run Rd, Ashland, KY 41102 End Date: 5/11/2007 | - | 0.00 |
| | | Pyramid Island Development, Inc., P.O. Box 5220, Ashland, KY 41105 100% Direct Ownership End Date: 12/27/11 | - | 0.00 |
| | | St. Luke's University, 1500 N. Big Run Rd., Ashland, KY 41102 51% Indirect Ownership | - | Unknown |
| | | St. Luke's University USA, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Indirect Ownership End Date: 6/13/2007 | - | 0.00 |
| | | Ultra Energy Resources, LLC, P.O. Box 5220, Ashland, KY 41105 36% Direct Ownership | - | Unknown |

Sub-Total >          0.00
(Total of this page)

Sheet __6__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Conrad Addington**                                                              ,      Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Wabash Land Holding Company, P.O. Box 5220, Ashland, KY 41105 100% Direct Ownership | - | Unknown |
| | | Western Caribbean University, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date: 6/13/2007 | - | 0.00 |
| | | Western Kentucky Fuels, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 End Date: 9/2/2008 | - | 0.00 |
| | | Snowcreek Development Company, LLC 51% Direct Ownership 3100 MAria Drive Lexington, KY 40506 | - | Unknown |
| | | DTX Oil, LLC (5 Shares) 1101 Port Road Wurtland, KY 41144 | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | See Answer to Questions 13 | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | N/A | - | 0.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | N/A | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Ultra Energy/Carbon Fuels Properties PO Box 5220 Ashland, KY 41105 | - | 4,000,000.00 |
| | | Midwestern Biofuels, LLC | - | 0.00 |
| | | Loan $5,000,000 (Uncollectable) | | |
| | | Robert Addington Loan | - | 1,000,000.00 |
| | | Fountain Investments, LLC - Note | - | 96,270.00 |
| | | Mining Services, LLC - 6/15/2010 Note $65,000 and 5/19/2010 Note $35,000, May 4, 2010 Note $30,000 | - | 130,000.00 |

Sub-Total >     **5,226,270.00**
(Total of this page)

Sheet __7__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Larry Conrad Addington**                                    ,   Case No. _____
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Red Bush Coal, LLC - 1/2/2009 Note | - | 500,000.00 |
| | | Danny Henry Loan - $19,000 - Uncollectable | - | 0.00 |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343 - 03/21/2011 Claim #478 filed by LARRY C. ADDINGTON, Amount claimed: $6,984,310.93 | - | Unknown |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #481 filed by LARRY C. ADDINGTON, Amount claimed: $556,646.92 | - | Unknown |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #483 filed by LARRY C. ADDINGTON, Amount claimed: $2,900,000.00 | - | Unknown |
| | | Beth Harper - 2008 loan of $150,000, balance due $148,000 - Uncolletable | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | N/A | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | N/A | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential Tax Refunds for 2009, 2010 and 2011 | - | Unknown |
| | | Loans to Addington Aviation, LLC | - | Unknown |
| | | Loans to Addington Enterprises, Inc. | - | Unknown |
| | | Loans to Addington Land Co., LLC | - | Unknown |
| | | Loans to Appalachian Machinery, Inc. | - | Unknown |
| | | Loans to Big Sandy Properties, LLC | - | Unknown |
| | | Loans to Colorado Energy Investments, LLC | - | 0.00 |
| | | Loans to Ultra Energy Resources, LLC | - | Unknown |
| | | Loans to Wabash Land Holding Company | - | Unknown |

                                                    Sub-Total >        500,000.00
                                                  (Total of this page)

Sheet   **8**   of   **10**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Conrad Addington**                                     , Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #490 filed by LARRY C. ADDINGTON, Amount claimed: Unknown - Indemnification | - | Unknown |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #491 filed by LARRY C. ADDINGTON, Amount claimed: Unknown, Indemnification | - | Unknown |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #493 filed by LARRY C. ADDINGTON, Amount claimed:  Unknow - Indemnification | - | Unknown |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #494 filed by LARRY C. ADDINGTON, Amount claimed: Unknown - Indemnification | - | Unknown |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #496 filed by LARRY C. ADDINGTON, Amount claimed: Unknown - Indemnification | - | Unknown |
| | | In re Appalachian Fuels, LLC - Bankr. E.D. KY, Case No. 09-10343, 03/21/2011 Claim #495 filed by LARRY C. ADDINGTON, Amount claimed:  Unknown - Indemnification | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | N/A | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | N/A | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | N/A | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | N/A | - | 0.00 |

Sub-Total >          0.00
(Total of this page)

Sheet  __9__  of  __10__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Conrad Addington**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | | **2 small paddle-boats** | - | **100.00** |
| 27. Aircraft and accessories. | **N/A** | | - | **0.00** |
| 28. Office equipment, furnishings, and supplies. | **N/A** | | - | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **N/A** | | - | **0.00** |
| 30. Inventory. | **N/A** | | - | **0.00** |
| 31. Animals. | **N/A** | | - | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | **N/A** | | - | **0.00** |
| 33. Farming equipment and implements. | **N/A** | | - | **0.00** |
| 34. Farm supplies, chemicals, and feed. | **N/A** | | - | **0.00** |
| 35. Other personal property of any kind not already listed. Itemize. | | **UK Basketbell tickets - 6 season tickets** | - | **12,000.00** |

|  | Sub-Total > | **12,100.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **5,788,366.60** |

Sheet __10__ of __10__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Larry Conrad Addington**            ,    Case No. _____

                                       Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                    *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Real Property** | | | |
| **Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129** | **11 U.S.C. § 522(d)(1)** | **21,625.00** | **1,300,000.00** |
| **Burial Plots - 3 lots, Elliott County Memory Gardens, Sandy Hook, KY 41171** | **11 U.S.C. § 522(d)(5)** | **1,000.00** | **24,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Socail Security Checking Account City National Bank Russell, KY** | **11 U.S.C. § 522(d)(10)(A)** | **10,413.00** | **10,413.00** |

  **_2_**  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Larry Conrad Addington**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Master Bedroom:** <br> **Bed: $1,000, 2 Nightstands: $250, Armoire: $300, TV: $300, Couch: $500 CoffeeTable: $100, End Table: $50, Recliner: $75, 4 Lamps: $100, Misc. Decorations: $290** | **11 U.S.C. § 522(d)(3)** | **100%** | **10,870.00** |
| **Master Bathroom:** <br> **Misc. Decorations:  $100** | | | |
| **Laundry Room: Washer & Dryer:  $300** | | | |
| **Kitchen:** <br> **8  Bar Stools:  $160, Cooking Utensils: $150, Misc. Items: $185** | | | |
| **Dining Room:** <br> **Table & Chairs $500, China Cabinet: $500, Dishes: $100, Side Table: $200, Misc. Decorations: $85** | | | |
| **TV Room:** <br> **TV and Sound Syst.: $1,000. Misc. Furniture: $365** | | | |
| **Foyer:** <br> **Couch: $100, 2 Chairs:  $60, 4 tables: $200, TV: $300, 2 Glass Cabinets:  $200,  Mirror:  $100, Misc. Home Decor: $730** | | | |
| **Bedroom #1:** <br> **Bed: $500, 2 Nightstands: $200, Armoire:  $200, Dresser: $300, TV: $35, 2 Chairs:  $50, 2 Lamps: $40, Misc. Home Decor: $80** | | | |
| **Bedroom #2:** <br> **Bed: $500, 2 Nightstands: $200, Armoire:  $200, Dresser: $200, TV: $20, 3 Lamps:$45, Misc. Home Decor: $62** | | | |
| **Bedroom #3:** <br> **Bed: $600, 2 Nightstands: $200. Armoire:  $450, Dresser: $300, TV: $100, 2 Lamps:$40, Misc. Home Decor: $160** | | | |
| **Weight Room:** <br> **Exercise Equip: $255, 6 Bar Stools: $60, Pool Table: $350, Couch: $100, 4 Chairs: $120, Misc Home Decor: $165** | | | |
| **Spare Room:** <br> **Misc. Home Items: $190** | | | |
| **Garage:** <br> **Misc. Chairs, Holiday Decor:$630** | | | |
| **Pool Area/House:** <br> **Misc Home Items: $455** | | | |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Larry Conrad Addington**                                                    ,        Case No. _____
                                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **Pulsar watch** | **11 U.S.C. § 522(d)(4)** | **50.00** | **50.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **UZI, 20 gauge shotgun, 12 gauge shotgun, 2 revolvers -** | **11 U.S.C. § 522(d)(5)** | **1,500.00** | **1,500.00** |
| **Loacation: 2744 J-Lynn Lane, Cattettsburg, KY 41129** | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **UK Basketbell tickets - 6 season tickets** | **11 U.S.C. § 522(d)(5)** | **9,475.00** | **12,000.00** |

|  | Total: | **54,933.00** | **1,358,833.00** |
|---|---|---|---|

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Larry Conrad Addington**                                                    , Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **28223-1,28225-1,28226-1,50974-** **Boyd County Sheriff** PO Box 558 Catlettsburg, KY 41129 | | | - | | 2011 Property Taxes Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129 | X | X | X | | |
| | | | | | Value $                        1,300,000.00 | | | | 19,619.60 | 0.00 |
| Account No. **Business Aircraft Leasing, Inc.** 404 BNA Dr., BLDG 200, Suite 305 Nashville, TN 37217 | | | - | | 9/10/10 Judgment Lien Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129 | | | X | | |
| | | | | | Value $                        1,300,000.00 | | | | 1,250,000.00 | 1,250,000.00 |
| Account No. **Business Aircraft Leasing, Inc.** 404 BNA Dr., Suite 305 Nashville, TN 37217 | | | - | | 4/13/2011 Charging Order Addington Exploration, LLC, P.O. Box 5220, Ashland, KY 41105 36.1% Indirect Ownership | | | X | | |
| | | | | | Value $                        Unknown | | | | Unknown | Unknown |
| Account No. **Business Aircraft Leasing, Inc.** 404 BNA Dr.Suite 305 Nashville, TN 37217 | | | - | | 4/13/2011 Charging Order Addington International, LLC, P.O. Box 5220, Ashland, KY 41105 80% Indirect Ownership | | | X | | |
| | | | | | Value $                        Unknown | | | | Unknown | Unknown |

____**5**____ continuation sheets attached

Subtotal
(Total of this page)

| 1,269,619.60 | 1,250,000.00 |
|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Larry Conrad Addington**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Business Aircraft Leasing, Inc.**<br>**404 BNA Dr., Suite 305**<br>**Nashville, TN 37217** | | - | 4/13/2011<br><br>**Charging Order**<br><br>**Addington Land Company, LLC, P.O. Box 5220, Ashland, KY 41105**<br>**66% Indirect Ownership** | | | X | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Business Aircraft Leasing, Inc.**<br>**404 BNA Dr., Suite 305**<br>**Nashville, TN 37217** | | - | 4/13/2011<br><br>**Charging Order**<br><br>**Addington Office Complex, LLC, P.O. Box 5220, Ashland, KY 41105**<br>**25% Direct Ownership** | | | X | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Business Aircraft Leasing, Inc.**<br>**404 BNA Dr., Suite 305**<br>**Nashville, TN 37217** | | - | 4/13/2011<br>**Charging Order**<br>**Addington USA, LLC, 1500 N. Big Run Rd., Ashland, KY 41102**<br>**90% Direct Ownership**<br>**10% Indirect Ownership**<br>**End Date: 6/29/2010** | | | X | | |
| | | | Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Business Aircraft Leasing, Inc.**<br>**404 BNA Dr., Suite 305**<br>**Nashville, TN 37217** | | - | 4/13/2011<br>**Charging Order**<br>**Appalachian Coal Processing, LLC, 1500 N. Big run Rd., Ashland, KY 41102**<br>**90% Direct Ownership**<br>**10% Indirect Ownership**<br>**End Date: 6/29/2010** | | | X | | |
| | | | Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Business Aircraft Leasing, Inc.**<br>**404 BNA Dr., Suite 305**<br>**Nashville, TN 37217** | | - | 4/13/2011<br>**Charging Order**<br>**Appalachian Repair & Services, LLC, 1500 N. Big Run Rd., Ashland, KY 41102**<br>**100% Indirect Ownership**<br>**End Date: 1/3/2008**<br>**f/k/a Mining Machinery Services, LLC** | | | X | | |
| | | | Value $          **0.00** | | | | **Unknown** | **Unknown** |

Sheet __1__ of __5__ continuation sheets attached to                            Subtotal
Schedule of Creditors Holding Secured Claims                           (Total of this page)          **0.00**          **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Larry Conrad Addington**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order<br>Big Sandy Coal Sales, 1500 N. Big Run Rd., Ashland, KY 41102<br>100% Direct Ownership<br>End Date: 1/26/2010 | | | X | | |
| | | | Value $                    0.00 | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order<br>Big Sandy Properties, LLC, P.O. Box 5220, Ashland, KY 41105<br>100% Direct Ownership | | | X | | |
| | | | Value $              Unknown | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order<br>Caarbon Fuels Illinois, LLC, P.O. Box 5220, Ashland, KY 41105<br>40% Direct Ownership | | | X | | |
| | | | Value $              Unknown | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order<br>Colorado Energy Investments, LLC, P.O. Box 5220, Ashland, KY 41105<br>27.5% Direct Ownership | | | X | | |
| | | | Value $              Unknown | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order<br>Eastern Terminals Land Company, LLC, P.O. Box 5220, Ashland, KY 41105<br>100% Indirect Ownership<br>End Date: 12/27/11 | | | X | | |
| | | | Value $                    0.00 | | | | Unknown | Unknown |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | 0.00 |
| (Total of this page) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Larry Conrad Addington**                                    ,      Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order Eastern Terminals, LLC, P.O. Box 5220, Ashland, KY 41105 15% Direct Ownership | | | X | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order Energy Fuels, LLC, 1500 N. Big Run Rd., Ashland, Ky 41102 40% Direct Ownership End Date: 3/29/2010 | | | X | | |
| | | | Value $            0.00 | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order EnviroEnergy LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date: 9/2/2008 | | | X | | |
| | | | Value $            0.00 | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order Fountain Investments LLC, P.O. Box 5220, Ashland, KY 41105 33.3% Direct Ownership | | | X | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | 4/13/2011 | | | | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | Charging Order Fuels Consulting Company, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 90% Direct Ownership End Date: 6/13/2007 | | | X | | |
| | | | Value $            0.00 | | | | Unknown | Unknown |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Larry Conrad Addington**                                      ,          Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 4/13/2011 Charging Order Mining Machinery Services, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Indirect Ownership Name changed to Appalachian Repair and Service, LLC | | | X | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | | | | | | | | |
| | | | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 4/13/2011 Charging Order St. Luke's University, 1500 N. Big Run Rd., Ashland, KY 41102 51% Indirect Ownership | | | X | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | | | | | | | | |
| | | | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 4/13/2011 Charging Order Ultra Energy Resources, LLC, P.O. Box 5220, Ashland, KY 41105 36% Direct Ownership | | | X | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | | | | | | | | |
| | | | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 4/13/2011 Charging Order Western Caribbean University, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 100% Direct Ownership End Date: 6/13/2007 | | | X | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | | | | | | | | |
| | | | | | Value $         **0.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 4/13/2011 Charging Order Western Kentucky Fuels, LLC, 1500 N. Big Run Rd., Ashland, KY 41102 End Date: 9/2/2008 | | | X | | |
| Business Aircraft Leasing, Inc. 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | | | | | | | | |
| | | | | | Value $         **0.00** | | | | **Unknown** | **Unknown** |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Larry Conrad Addington**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4/13/2011 | | | | | |
| **Business Aircraft Leasing, Inc.** 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | **Charging Order** **Snowcreek Development Company, LLC 51% Direct Ownership** 3100 MAria Drive Lexington, KY  40506 | | | X | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | 6/17/2011 | | | | | |
| **Business Aircraft Leasing, Inc.** 404 BNA Dr., Suite 305 Nashville, TN 37217 | - | | **Stock Pledge** **Compressus (1,245,000 shares) - In posession of Counsel for Business Aircraft Leasing** | | | X | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Property Taxes | | | | | |
| **Elliott County Sheriff** PO Box 729 Sandy Hook, KY 41171 | - | | **Undeveloped land approximately 111 acres, Elliott County, KY** | X | X | X | | |
| | | | Value $          **11,329.00** | | | | **0.00** | **0.00** |
| Account No. | | | 8/3/2009 | | | | | |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | - | | **Tax Lien** **Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129** | X | X | X | | |
| | | | Value $          **1,300,000.00** | | | | **3,374,532.41** | **3,374,532.41** |
| Account No. | | | 10/30/2006 | | | | | |
| **Peoples Bank, N.A.** 130 Putnam St. Marietta, OH 45750 | X - | | **Loan** **Home - 2744 J-Lynn Lane, Cattettsburg, KY 41129** | X | X | X | | |
| | | | Value $          **1,300,000.00** | | | | **11,200,000.00** | **9,919,619.60** |

Sheet  __5__  of  __5__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 14,574,532.41 | 13,294,152.01 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 15,844,152.01 | 14,544,152.01 |

B6E (Official Form 6E) (4/10)

.

In re    **Larry Conrad Addington**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Larry Conrad Addington**                                             ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Unknown | | | | | |
| Kentucky Dept. of Revenue Legal Branch - Bankruptcy Section PO Box 5222 Frankfort, KY 40602 | - | | | | | X | X | X | Unknown | Unknown
Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Larry Conrad Addington_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Addington Exploration, LLC** PO Box 5220 Ashland, KY 41105 | - | | 12/13/11 Loan | | | | 10,000.00 |
| Account No. **Aire-Serv Heating & Air Conditioning** 2106-1/2 13th St. Ashland, KY 41101 | - | | Notice Only | X | X | X | 0.00 |
| Account No. **Armstrong Cable** P.O. Box 37749 Philadelphia, PA 19101 | - | | Notice Only | X | X | X | 0.00 |
| Account No. **AT&T** P.O. Box 8212 Aurora, IL 60572 | - | | Notice Only | X | X | X | 0.00 |

|  |  |
|---|---|
| __7___ continuation sheets attached | Subtotal (Total of this page)    10,000.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          S/N:25571-111228    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Conrad Addington**                                          ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collection | | | | |
| **CACH, LLC** **4340, S. Monaco, Second Floor** **Denver, CO 80237** | | - | | X | X | X | |
| | | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Cannonsburg Water** **1606 Cannonsburg Rd.** **Ashland, KY 41102** | | - | | X | X | X | |
| | | | | | | | **0.00** |
| Account No. | | | 12/13/2011 Loan | | | | |
| **Carbon Fuels Illinois, LLC** **PO Box 5220** **Ashland, KY 41105** | | - | | | | | |
| | | | | | | | **25,000.00** |
| Account No. | | | 8/3/11 & 8/4/11 Loan | | | | |
| **Carbon Fuels Properties, LLC** **PO Box 5220** **Ashland, KY 41105** | | - | | | | | |
| | | | | | | | **25,000.00** |
| Account No. | | | Leased Equipment Personal Guarantee - Agreed Judgment | | | | |
| **Caterpillar Financial Services Corp.** **P.O. Box 340001** **Nashville, TN 37203** | X | - | | | X | X | |
| | | | | | | | **9,500,000.00** |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,550,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Conrad Addington**                                                    , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chubb Insurance Co.<br>P.O. Box 7247-0180<br>Philadelphia, PA 19170 | - | | Alleged Inusrance Premium | X | X | X | 2,130.67 |
| Account No.<br><br>Columbia Gas<br>P.O. Box 742523<br>Cincinnati, OH 45274-2523 | - | | Notice Only | X | X | X | 0.00 |
| Account No.<br><br>Custom Pools & Spas<br>110 Robert & Mary St.<br>Grayson, KY 41143 | - | | Notice Only | X | X | X | 0.00 |
| Account No.<br><br>Daniel Rucker<br>12 Rachel Branch<br>Rush, KY 41168 | - | | unknown<br>Black Lung | X | X | X | Unknown |
| Account No.<br><br>DirecTV<br>P.O. Box 6414<br>Carol Stream, IL 60197-6414 | - | | Notice Only | X | X | X | 0.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,130.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Conrad Addington**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Frost Brown Todd, LLC** <br> **P.O. Box 70087** <br> **Louisville, KY 40270-0087** | | - | | | | X | 127,713.20 |
| Account No. <br><br> **GATX** <br> **222 West Adams Street** <br> **Chicago, IL 60606** | X | - | **9/27/2005** <br> **Guarantee - Lease Contract (judgment entered 1/20/2011** | | X | X | 2,900,000.00 |
| Account No. <br><br> **James E. Daniel, II, DMD** <br> **1408 Central Ave.** <br> **Ashland, KY 41101** | | - | **Notice Only** | X | X | X | 0.00 |
| Account No. <br><br> **John Deere Credit Corporation** <br> **c/o Elizabeth Thompson, Stites Harbison** <br> **250 W. Main St., Ste. 2300** <br> **Lexington, KY 40507** | X | - | **Collection Agreed Judgment** | | X | X | 556,646.92 |
| Account No. <br><br> **Jones, Waldo, Holbrook & McDonough** <br> **P.O. Box 45444** <br> **Salt Lake City, UT 84145-0444** | | - | | | X | X | 972.50 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,585,332.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Conrad Addington**
_____,      Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jones, Walters, Turner & Shelton, PLLC P.O. Box 1167 Pikeville, KY 41502 | - | | | | X | X | 4,656.65 |
| Account No. | | | | | | | |
| Kathy Reid 198 Springfield Lane Jacksboro, TN 37757 | - | | | | | | 1,165,000.00 |
| Account No. | | | Notice Only | | | | |
| Kentucky Power P.O. Box 24401 Canton, OH 44701-4401 | - | | | X | X | X | 0.00 |
| Account No. | | | Notice Only | | | | |
| King's Daughters Medical Specialties P.O. Box 2379 Ashland, KY 41105-2379 | - | | | X | X | X | 0.00 |
| Account No. | | | Notice Only | | | | |
| Lyndon Property & Casualty 14755 North Outer Forty Drive Suite 400 Chesterfield, MO 63017-6050 | - | | | X | X | X | Unknown |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,169,656.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Conrad Addington**                                              ,      Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Mayo Clinic Florida P.O. Box 790124 Saint Louis, MO 63179-0124 | | - | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| Miller & Wells, PLLC 300 E. Main St. Suite 360 Lexington, KY 40507 | | - | | | | X | X | 112,150.50 |
| Account No.  Adv. Proc. No. 11-01041 | X | - | | 6/22/11 | X | X | X | |
| Official Commitee Appalachian Fuels, LLC c/o Allan B. Diamond 909 Fannin, Suite 1500 Houston, TX 77010 | | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Orkin 8031 Hayport Rd. Wheelersburg, OH 45694 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Unknown Black Lung | | | | |
| Paul Baker 1296 Ky Rt 1086 Wayland, KY 41666 | | - | | | X | X | X | Unknown |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,150.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Conrad Addington**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **PNC Bank** **P.O. Box 856177** **Louisville, KY 40285-6177** | | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | 8/25/2006 Guarantee -Aircraft Deficency | | | | |
| **PNC Equipment Finance, LLC** **One PNC Plaza** **249 Fifth Street** **Pittsburgh, PA 15222-2707** | | - | | X | X | X | |
| | | | | | | | 3,700,000.00 |
| Account No. | | | Notice Only | | | | |
| **Prichard Lawncare, Inc.** **P.O. Box 5234** **Ashland, KY 41105-5234** | | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Prince Electronics** **1270 Dillow Ave.** **Raceland, KY 41169** | | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Personal Guarantee - Equipment | | | | |
| **Republic Bank, Inc. c/o Stephen Tingey** **Ray, Quinney & Nebeker, PC** **P.O. Box 45385** **Salt Lake City, UT 84145-0385** | X | - | | X | X | X | |
| | | | | | | | 303,021.72 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,003,021.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Conrad Addington**                                                     ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown Black Lung | | | | |
| Samantha Rose Lafferty 576 Long Branch Highway Van Lear, KY 41265 | | - | | | X | X | X | Unknown |
| Account No. | | | | Notice Only | | | | |
| Summit Cleaners 6926 US Rt. 60 Ashland, KY 41102 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Personal Guarantee - Loan of Robert Addington | | | | |
| Town Square Bank 9431 US Route 60 Ashland, KY 41102 | X | - | | | X | X | X | 3,000,000.00 |
| Account No. | | | | | | | | |
| U.S Department of Labor OWCP/DCMWC 164 Main Street, Suite 508 Pikeville, KY 41501 | | - | | | X | X | X | Unknown |
| Account No. | | | | Notice Only | | | | |
| Windstream P.O. Box 9001908 Louisville, KY 40290-1908 | | - | | | X | X | X | 0.00 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 3,000,000.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 21,432,292.16 |

B6G (Official Form 6G) (12/07)

In re   **Larry Conrad Addington**                                         ,     Case No. _____

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mining Services, LLC**<br>**250 Riverwood Dr.**<br>**Grayson, KY 41143** | **Consulting agreement; debtor provides consulting services in exchange for a vehicle and auto insurance, namely a 2011 Cadillac Escalade.** |
| **Princess Fuels, LLC**<br>**1112 Cherokee Drive**<br>**Grayson, KY 41143** | **Coal Production Related Project** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Larry Conrad Addington**                                                    ,     Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Addington Aviation, LLC**<br>**c/o The Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Addington Land Co., LLC**<br>**c/o BTH, Inc. Lexington**<br>**2700 Lexington Financial Center**<br>**Lexington, KY 40507** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Addington Land Co., LLC**<br>**c/o BTH, Inc. Lexington**<br>**2700 Lexington Financial Center**<br>**Lexington, KY 40507** | **Peoples Bank, N.A.**<br>**130 Putnam St.**<br>**Marietta, OH 45750** |
| **Agrosil Energy, LLC**<br>**c/o National Registered Agents, Inc.**<br>**160 Greentree Drive, Suite 101**<br>**Dover, DE 19904** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **American Reclamation Co., LLC**<br>**c/o Jeffrey Muncy**<br>**1500 N. Big Run Road**<br>**Ashland, KY 41102** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Appalachian Machinery, Inc.**<br>**c/o FBT, LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Appalachian Machinery, Inc.**<br>**c/o FBT, LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **Caterpillar Financial Services Corp.**<br>**P.O. Box 340001**<br>**Nashville, TN 37203** |
| **Big Sandy Properties, LLC**<br>**PO Box 5220**<br>**Ashland, KY 41105** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Branch Banking & Trust Co.**<br>**c/o CT Corporation System**<br>**306 West Main Street, Suite 512**<br>**Frankfort, KY 40601** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |

**4**

____ continuation sheets attached to Schedule of Codebtors

In re  **Larry Conrad Addington**_____,  Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bruce Addington**<br>**4422 Bryan Station Rd.**<br>**Lexington, KY 40516** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Bruce Addington**<br>**4422 Bryan Station Rd.**<br>**Lexington, KY 40516** | **Peoples Bank, N.A.**<br>**130 Putnam St.**<br>**Marietta, OH 45750** |
| **Business Aircraft Leasing, Inc.**<br>**c/o Charles Mulle**<br>**404 BNA Drive B200, Suite 305**<br>**Nashville, TN 37217** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Carbon Fuels Illinois, LLC**<br>**PO Box 5220**<br>**Ashland, KY 41105** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **David Jones**<br>**2629 Bonanza Drive**<br>**Catlettsburg, KY 41129** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Donna Addington**<br>**1237 Sheffield Place**<br>**Lexington, KY 40509** | **Town Square Bank**<br>**9431 US Route 60**<br>**Ashland, KY 41102** |
| **EBA Development, LLC**<br>**c/o FBT, LLC Lexington**<br>**2700 Lexington Financial Center**<br>**Lexington, KY 40502** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Energy Coal Resources, Inc.**<br>**c/o FBT LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **Republic Bank, Inc. c/o Stephen Tingey**<br>**Ray, Quinney & Nebeker, PC**<br>**P.O. Box 45385**<br>**Salt Lake City, UT 84145-0385** |
| **Energy Coal Resources, Inc.**<br>**c/o FBT LLC Lexington**<br>**250 W, Main St., Ste. 2700**<br>**Lexington, KY 40507** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Energy Coal Resources, Inc.**<br>**c/o FBT LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **John Deere Credit Corporation**<br>**c/o Elizabeth Thompson, Stites Harbison**<br>**250 W. Main St., Ste. 2300**<br>**Lexington, KY 40507** |
| **Energy Coal Resources, Inc.**<br>**c/o FBT LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **GATX**<br>**222 West Adams Street**<br>**Chicago, IL 60606** |

Sheet ___**1**___ of ___**4**___ continuation sheets attached to the Schedule of Codebtors

In re    **Larry Conrad Addington**                                                    ,    Case No. _____
                                        **Debtor**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Energy Coal Resources, Inc.**<br>**c/o FBT LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **Caterpillar Financial Services Corp.**<br>**P.O. Box 340001**<br>**Nashville, TN 37203** |
| **Erik Addington**<br>**152 Easy Street**<br>**Staffordsville, KY 41256** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Estate of Larry Michael Addington**<br>**c/o Amy Addington**<br>**1500 N. Big Run Road**<br>**Ashland, KY 41102** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Frank Bennett**<br>**6575 Dorset Lane**<br>**Solon, OH 44139** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Gregory Mason**<br>**2525 Oak Hill Lane**<br>**Ashland, KY 41102** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Gregory Stumbo**<br>**108 Kassidy Drive**<br>**Prestonsburg, KY 41653** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Gulf Coast Aggregates, LLC**<br>**c/o Melissa King**<br>**53681 Spencer Road**<br>**Cumberland, OH 43732** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Halifax Financial Group**<br>**821 N. Madison Ave**<br>**Greenwood, IN 46142-4128** | **Town Square Bank**<br>**9431 US Route 60**<br>**Ashland, KY 41102** |
| **Horsepower Leasing, LLC**<br>**c/o FBT, LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Illinois Fuel Co., LLC**<br>**c/o FBT LLC Lexington**<br>**2700 Lexington Financial Center**<br>**Lexington, KY 40507** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Illinois Fuel Company, LLC**<br>**c/o FBT LLC Lexington**<br>**2700 Lexington Financial Center**<br>**Lexington, KY 40507** | **Republic Bank, Inc. c/o Stephen Tingey**<br>**Ray, Quinney & Nebeker, PC**<br>**P.O. Box 45385**<br>**Salt Lake City, UT 84145-0385** |

Sheet __**2**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

In re   **Larry Conrad Addington**                                              ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey L. Muncy**<br>**74 Muncy Lane**<br>**Ashland, KY 41102** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Jet Support Services, Inc.**<br>**c/o The Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **John C. Smith**<br>**4403 Mesa Drive**<br>**Catlettsburg, KY 41129** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Julie Hudson**<br>**2003 West Holt Court**<br>**Ashland, KY 41101** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Kathy Reid**<br>**198 Springfield Lane**<br>**Jacksboro, TN 37757** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Larry Austin Dickerson**<br>**RR1, Box 1005**<br>**Sandy Hook, KY 41171** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Machinery Sales & Service, LLC**<br>**c/o Jeffrey L. Muncy**<br>**1512 North Big Run Rd.**<br>**Ashland, KY 41102** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Mark Garrett Smith**<br>**3417 Courtyard Circle**<br>**Dallas, TX 75234** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Midwestern Biofuels, LLC**<br>**c/o FBT LLC Lexington**<br>**250 W. Main St., Ste. 2700**<br>**Lexington, KY 40507** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Pyramid Island Development, Inc.**<br>**PO Box 5220**<br>**Ashland, KY 41105** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Robert Addington**<br>**1237 Sheffield Place**<br>**Lexington, KY 40509-2037** | **Town Square Bank**<br>**9431 US Route 60**<br>**Ashland, KY 41102** |

Sheet __3__ of __4__  continuation sheets attached to the Schedule of Codebtors

In re    **Larry Conrad Addington**_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert Addington**<br>**1237 Sheffield Place**<br>**Lexington, KY 40509-2037** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Robert Addington**<br>**1237 Sheffield Place**<br>**Lexington, KY 40509-2037**<br>   **Indivdually and as Co-Trustee of the Larry**<br>**Addington Irrevocable TRUST F/B/O Maxwell**<br>**Addington on Behalf of Maxwell Addington** | **GATX**<br>**222 West Adams Street**<br>**Chicago, IL 60606** |
| **Robert Addington**<br>**1237 Sheffield Place**<br>**Lexington, KY 40509-2037** | **Peoples Bank, N.A.**<br>**130 Putnam St.**<br>**Marietta, OH 45750** |
| **Stephen Addington**<br>**2057 W. Hearthstone Lane**<br>**Ashland, KY 41102** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Stephen Addington**<br>**2057 W. Hearthstone Lane**<br>**Ashland, KY 41102**<br>   **Indivdually and as Co-Trustee of the Larry**<br>**Addington Irrevocable TRUST F/B?O Maxwell**<br>**Addington on Behalf of Maxwell Addington** | **GATX**<br>**222 West Adams Street**<br>**Chicago, IL 60606** |
| **Stephen Addington**<br>**2057 W. Hearthstone Lane**<br>**Ashland, KY 41102** | **Peoples Bank, N.A.**<br>**130 Putnam St.**<br>**Marietta, OH 45750** |
| **Task Trucking, Inc.**<br>**c/o Larry Austin Dickerson**<br>**RT. #1, Box 1005**<br>**Sandy Hook, KY 41171** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |
| **Tri-State Airport Authority, Inc.**<br>**Huntington Tri-State Airport**<br>**c/o J. Brienza, 1449 Airport Road**<br>**Huntington, WV 25704** | **Official Commitee Appalachian Fuels, LLC**<br>**c/o Allan B. Diamond**<br>**909 Fannin, Suite 1500**<br>**Houston, TX 77010** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Larry Conrad Addington**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Executive** | |
| Name of Employer | **Big Sandy Properties, LLC** | |
| How long employed | **January 1, 2003** | |
| Address of Employer | **P.O. Box 5220** <br> **Ashland, KY 41105** | |
| *See Attachment for Additional Employment Information | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,083.33 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 2,083.33 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 482.00 | $ | N/A |
|    b. Insurance | $ | 0.00 | $ | N/A |
|    c. Union dues | $ | 0.00 | $ | N/A |
|    d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 482.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,601.33 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 2.38 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): **Social Security (exempt)** | $ | 2,688.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,690.38 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,291.71 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,291.71 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtor received periodic distributions from business interests. Debtor has estimated certain amounts that might be received on the budget attached to the Cash Collateral Motion. However, the amount and timting of any such distributions are not within the control of the Debtor.**

**B6I (Official Form 6I) (12/07)**

In re   **Larry Conrad Addington**_____   Case No. _____
                                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Conultant** | |
| Name of Employer | **Mining Services, LLC** | **Debtor provides consulting services in exchange for use of 2011 Escalade and auto insurance on same.** |
| How long employed | | |
| Address of Employer | **250 Riverwood Drive**<br>**Grayson, KY 41143** | |

B6J (Official Form 6J) (12/07)

In re  **Larry Conrad Addington** _____     Case No. _____

                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?         Yes ___      No **X** | | |
| b. Is property insurance included?          Yes ___      No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 2,300.00 |
|                    b. Water and sewer | $ | 99.00 |
|                    c. Telephone | $ | 105.00 |
|                    d. Other  **TV service** | $ | 373.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 2,500.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 185.00 |
| 7. Medical and dental expenses | $ | 1,500.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 1,700.00 |
|                    b. Life | $ | 0.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 0.00 |
|                    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)  **Real Estate Taxes** | $ | 1,655.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 0.00 |
|                    b. Other | $ | 0.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 5,000.00 |
| 17. Other  **Air Fair for Mayo Clinic for continuing medical treatment** | $ | 1,700.00 |
|        Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 18,067.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 4,291.71 |
| b.  Average monthly expenses from Line 18 above | $ | 18,067.00 |
| c.  Monthly net income (a. minus b.) | $ | -13,775.29 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Larry Conrad Addington**

                                                    Debtor(s)

Case No.

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **42**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 26, 2012**

Signature   **/s/ Larry Conrad Addington**

**Larry Conrad Addington**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Larry Conrad Addington**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,083.00** | **2012 YTD: Estimtated Wages and Distributions** |
| **$68,200.00** | **2011: Estimtated Wages and Distributions** |
| **$75,000.00** | **2010: Estimtated Wages & Distributions** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$84,232.97** | **2011: Est. Taxable Interest, Dividends, Capital Gains, Social Security Benefit** |
| **$82,445.15** | **2010: Est. Taxable Interest, Dividends, Capital Gains, Social Security Benefit** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Kentucky Power**<br>**P.O. Box 24401**<br>**Canton, OH 44701-4401** | **10/06/11** | **$1,356.86** | **$0.00** |
| **PNC Bank**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | **10/12/11** | **$5,000.00** | **$0.00** |
| **Frost Brown Todd**<br>**Lexington Financial Center**<br>**250 West Main Street, Suite 2800**<br>**Lexington, KY 40507-1749** | **10/19/11** | **$20,000.00** | **$0.00** |
| **Kentucky Power**<br>**P.O. Box 24401**<br>**Canton, OH 44701-4401** | **10/26/11** | **$1,168.03** | **$0.00** |
| **Mayo Clinic Florida**<br>**P.O. Box 790124**<br>**Saint Louis, MO 63179-0124** | **11/02/11** | **$5,623.09** | **$0.00** |
| **PNC Bank**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | **11/02/11** | **$3,572.48** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **PNC Bank**<br>P.O. Box 856177<br>Louisville, KY 40285-6177 | **11/16/11** | **$5,126.14** | **$0.00** |
| **Mayo Clinic Florida**<br>P.O. Box 790124<br>Saint Louis, MO 63179-0124 | **11/30/11** | **$292.76** | **$0.00** |
| **James E. Daniel, DMD**<br>1408 Central Avenue<br>Ashland, KY 41101 | **12/28/11** | **$284.00** | **$0.00** |
| **Kentucky Power**<br>P.O. Box 24401<br>Canton, OH 44701-4401 | **11/30/2011** | **$1,382.78** | **$0.00** |
| **PNC Bank**<br>P.O. Box 856177<br>Louisville, KY 40285-6177 | **12/07/11** | **$40.07** | **$0.00** |
| **James E. Daniel, II, DMD**<br>1408 Central Ave.<br>Ashland, KY 41101 | **11/30/11** | **$1,068.50** | **$0.00** |
| **Kentucky Power**<br>P.O. Box 24401<br>Canton, OH 44701-4401 | **12/28/11** | **$1,929.63** | **$0.00** |
| **Business Aircraft Leasing, Inc.**<br>404 BNA Dr.<br>Suite 305<br>Nashville, TN 37217 | **12/30/11** | **$3,058.84** | **$1,250,000.00** |
| **Cannonsburg Water**<br>1606 Cannonsburg Rd.<br>Ashland, KY 41102 | **1/11/12** | **$77.69** | **$0.00** |
| **Windstream**<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 | **1/11/12** | **$91.11** | **$0.00** |
| **AT&T**<br>P.O. Box 8212<br>Aurora, IL 60572 | **1/11/12** | **$12.48** | **$0.00** |
| **Summit Cleaners**<br>6926 US Rt. 60<br>Ashland, KY 41102 | **1/11/12** | **$160.78** | **$0.00** |
| **Armstrong Cable**<br>P.O. Box 37749<br>Philadelphia, PA 19101 | **1/11/12** | **$138.64** | **$0.00** |

None   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■   creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Business Aircraft Leasing v. Addington Aviation, LLC and Larry Adddington, Commonwealth of Kentucky, Boyd Circuit Court Civil Action No. 10-CI-01123** | **Enforcement of Judgment, Garnishment, Charging Order** | **Commonwealth of Kentucky, Boyd Circuit Court** | **Agreed Judgment Collection - Forebearance Agreement** |
| **Business Alrcraft Leasing v. Addington Aviation, LLC and Larry Addington, No. 09-1282-IV (20th Judicial District, Davidson County, Part IC, Tennessee** | **Collection** | **20th Judicial District, Davidson County, Part IC, Tennessee** | **Judgment entered** |
| **GATX Corporation et al v. Appalachian Fuels, LLC et al, Case NO. 09-cv-0041** | **Breach of Contract** | **U.S. Dist. Court, E.D., KY** | **Agreed Judgment** |
| **GATX Corporation v. Addington et al, Case No. 11-cv-00122** | **Contract- Other** | **U.S. Dist. Court, E.D., KY** | **Pending** |
| **Peoples Bank v. Larry Addington, Case NO. 11C1280** | **Foreclosure** | **Boyd Circuit Court, Catlettsburg, Kentucky** | **Pending** |
| **Town Square Bank, Inc. v. Robert Addington, Donna Addington, Larry Addington, and Halifax Financial Group, L.P., Case No. 11-CI-3809** | **Breach of Contract - Collection** | **Commonwealth of Kentucky, Twenty-Second Judicial District, Fayette Circuit Court, Division 4, Lexington, Ky** | **Pending** |
| **Caterpillar Financial Serrvices Corp. v. Appalachian Leasing Machinery et al.Case No. 09-2164** | **Breach of Contract- Collection** | **Chancery Court for Davidson County, Tenn. at Nashville, Tenn.** | **Agreed Judgment** |
| **Deere Credit, Inc. v. Larry Addington et al., Case No. 09-CI-4376** | **Breach of Contract-Collection** | **Fayette Circuit Court, Div. 9., Lexington, Ky.** | **Agreed Judgment** |
| **Republic Bank, Inc. v. Energy Coal Resources, et al. Case No. 90911521** | **Breach of Contract - Collection** | **Third Judicial Distric Court, Salt Lake County, Utah** | **Agreed Judgment** |
| **Paul E. Patton et al. v. Larry C. Addington, et al. Case N0. 09-CI-1144** | **Breach of Contract** | **Pike CIrcuit Court, Div. 2., Pikeville, Ky** | **Pending** |
| **Cach, LLC v. Larry C. Addington, Case No. 11-CI-01085** | **Collection** | **Boyd Circuit Court, Catlettsburg, Kentucky** | **Pending** |
| **PNC Equipment Finance v. Larry Addington, Case No. 11cv116** | | **U.S. District Court, Eastern District of Kentucky** | **Pending** |
| **Peoples Bank, NA v. Addington Land Company et al., Case No 11-CI-139** | **Breach of Contract - Collection** | **Greenup Circuit Court, Greenup, Kentucky** | **Pending** |
| **Vanderbilt Mortgage and Finance, Inc. v. Herman Childers, et al., Case No. 10-CI-00035** | **Foreclosure - Debtor named due to previous lease** | **Carter County Circuit Court, Grayson Kentucky** | **Summary judgment entered against Childers** |
| **Offical Committee of Unsecured Creditors of Appalachian Fuels, LLC v. Larry Addington et al., Adversary Proceeding No. 11-01041** | **Alleged Preference, Fraud etc.** | **U.S. Bankruptcy Court, Eastern District of Kentucky, Ashland Division** | **Pending** |
| **Samatha Rose Lafferty v. Addington Mining** | **Black Luung Claim** | **U.S. Dept. of Labor, Office of Workers Compensation, Pikeville, KY** | **Pending** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Daniel Rucker v. Addington Resources, Inc.** | **Black Lung Claim** | **U.S. Dept. of Labor, Office of Workers Compensation, Pikeville, KY** | **Closed** |
| **Paul Baker v. Addington Mining** | **Black Lung Claim** | **U.S. Dept. of Labor, Office of Workers Compensation, Pikeville, KY** | **Pending** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217** | **4/13/2011** | **Business Aircraft Leasing v. Addington Aviation, LLC and Larry Adddington, Commonwealth of Kentucky, Boyd Circuit Court Civil Action No. 10-CI-01123, Charging Order:  Lien and Interest of Debtor in: Addington Exploration, LLC, Addington International, LLC, Addington Land Company, LLC, Addington Office Complex, LLC, Addington USA, LLC, Appalachian Coal Processing, LLC, Appalachian Repair Services, LLC, Big Sandy Coal Sales, LLC, Big Sandy Properties, LLC, Carbon Fuels Illinois, LLC, coninued** |
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217** | **4/13/2011** | **Business Aircraft Leasing v. Addington Aviation, LLC and Larry Adddington, Commonwealth of Kentucky, Boyd Circuit Court Civil Action No. 10-CI-01123, Charging Order:  Lien and Interest of Debtor in: Coal Resource Recovery Enterprises, LLC, Colorado Energy Investments, LLC, Eastern Terminals, LLC, Energy Fuels, LLC, Environenergy, LLC, Fountain Investments, LLC, Fueels Consulting Company, LLC, Henderson Energy, LLC, Inspired Investments, LLC, Minting Machinery Services, LLC, continued** |
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217** | **4/13/2011** | **Business Aircraft Leasing v. Addington Aviation, LLC and Larry Adddington, Commonwealth of Kentucky, Boyd Circuit Court Civil Action No. 10-CI-01123, Charging Order:  Lien and Interest of Debtor in:Mining Services, LLC, MTA Resources, LLC, Red Bush Coal, LLC, Snowcreek Development Company, LLC, St. Luke Univeristy USA, LLC, Tomahawk Resources, LLC, Ultra Energy Resources, LLC, Western Caribbean University, LLC, Western Kentucky Fuels, LLC: Note certain of the collective entites are dissolved.** |
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217** | **1/10/11** | **Bank Account Garnishment $2,712.11** |
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217** | **1/19/11** | **Bank Account Garnishment $4,127.73** |
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217** | **1/25/11** | **Bank Account Garnishment $877.58** |

6

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217** | **12/30/11** | **Wage Garnishment $3,058.84** |

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Mold Damage to Home $31,789.95** | **Damage covered by Chub Home Insurance** | **2011** |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cohen Todd, Kite & Stanford, LLC**<br>**250 East Fifth Street**<br>**Suite 2350**<br>**Cincinnati, OH 45202-5136** | **12/15/2011** | **$100,000.00** |
| **Cohen, Todd, Kite & Stanford, LLC**<br>**250 East Fifth Street**<br>**Suite 2350**<br>**Cleves, OH 45002-5136** | **1/25/2012** | **$75,000.00** |

**10. Other transfers**

None
☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr.**<br>**Suite 305**<br>**Nashville, TN 37217**<br>   **Creditor** | **8/2011** | **Compressus Stock (1,245,000 Shares) - Security in relation to Agreed Judgment Order and Forbearance Agreement - unknown no established market** |
| **Fishers Auto Sales**<br>**P.O. Box 413**<br>**Olive Hill, KY 41164**<br>   **Third Party** | **8/17/2010** | **Sale of 2003 Mercedes for $29,000** |
| **Central Auto Sales**<br>**P.O. Box 221**<br>**Sandy Hook, KY 41171**<br>   **Third PArty** | **8/17/2010** | **Sale of 2007 Tahoe for $24,000** |
| **Midwestern Auto Sales**<br>**6335 Perimeter Loop Rd.**<br>**Dublin, OH 43017**<br>   **Thrid Party** | **8/24/2010** | **Sale of 2008 Porcshe for $59,000.00** |
| **Larry Addington Irrevocable Trust**<br>**P.O. Box 5220**<br>**Ashland, KY 41105** | **11/15/2010** | **Larry Addington Irrevocable Trust for Benefit of Maxwell Addington:**<br>**Sale of 96 GMC Van, 04 Chevy Van, and 31 Ford for $10,000.** |
| **James Simmons**<br>**107 Buena Vista Dr.**<br>**Ashland, KY 41101**<br>   **Third Party** | **11/15/2010** | **Sale of 2002 Mercedes for $11,000** |
| **Megan Smith**<br>**4403 Mesa Dr.**<br>**Catlettsburg, KY 41129**<br>   **Daughter** | **11/15/2010** | **Sale of 2007 Cadillac Escalade for $25,000 (per Kelly Blue Book).** |

8

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Business Aircraft Leasing, Inc.**<br>**404 BNA Dr., BLDG 200, Suite 305**<br>**Nashville, TN 37217**<br>   **Creditor** | **8/3/11** | **Sale of AutoNation Stock for $497,056.44; of which, $400,000 paid to Business Aircraft Leasing as part of Forebearance.** |

None
■
   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None
☐
   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Kentucky Bank**<br>**P.O. Box 157**<br>**Paris, KY 40362** | **Checking Acct. 3917 - $210.44** | **06/21/2011** |
| **Peoples Bank**<br>**900 Diedrich Blvd**<br>**Russell, KY 41169** | **Checking Acct. 2594 - $0.00** | **02/10/2011** |
| **Auto Nation** | **Stock Certificate - $497,056.44 (Payment used primarily for payment to Business Aircraft Leasing of $400,000).** | **08/03/2011** |
| **E-Trade**<br>**P.O. Box 1542**<br>**Merrifield, VA 22116** | **Savings Account** | **Closed 8/20/2010 $2,273.19** |

---

### 12.  Safe deposit boxes

None
■
   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.  Setoffs

None
■
   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14.  Property held for another person

None
☐
   List all property owned by another person that the debtor holds or controls.

9

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Mining Services, LLC**<br>**250 Riverwood Dr.**<br>**Grayson, KY 41143** | **2011 Cadillac Escalade** | |

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                                      DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Addington Aviation, LLC** | 32-0049684 | **c/o The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801** | **Aircraft operation** | **12/20/2002 to present.** |
| **Addington Enterprises, Inc.** | 61-1290273 | **P.O. Box 5220 Ashland, KY 41105** | **Holding company.** | **09/15/1995 to present.** |
| **Addington Exploration, LLC** | 61-1323337 | **PO Box 5220 Ashland, KY 41105** | **Surface & mineral interests.** | **02/24/1998 to present.** |
| **Addington International, LLC** | 61-1355710 | **P.O. Box 5220 Ashland, KY 41105** | **Mining Equip.** | **10/22/1998 to present.** |
| **Addington Land Co., LLC** | 61-1315834 | **c/o BTH, Inc. Lexington 2700 Lexington Financial Center Lexington, KY 40507** | **Property Development** | **11/05/1997 to present.** |
| **Addington Office Complex, LLC** | 30-0508481 | **P.O. Box 5220 Ashland, KY 41105** | **Office Building Operation** | **07/28/2008 to present.** |
| **Addington Properties, LLP** | 04-3624816 | **P.O. Box 192 Belize City, Belize** | **Related to operation of an island in Belize.** | **? to present.** |
| **Addington USA, LLC** | 61-1400595 | **1500 N. Big Run Road Ashland, KY 41102** | **Unknown** | **10/17/2001 to 06/29/2010** |
| **Appalachian Coal Processing, LLC** | 20-0959118 | **1500 N. Big Run Road Ashland, KY 41102** | **Energy Company** | **03/24/2004 to 06/29/2010** |
| **Appalachian Electric, LLC** | None. | **1500 N. Big Run Road Ashland, KY 41102** | **Unknown** | **04/19/2001 to 09/02/2008** |
| **Appalachian Generating, LLC** | None | **1500 N. Big Run Road Ashland, KY 41102** | **Unknown** | **04/19/2001 to 09/02/2008** |
| **Appalachian Machinery, LLC** | 32-0068892 | **PO Box 5220 Ashland, KY 41105** | **Mining Equipment** | **03/27/2003 to present.** |
| **Appalachian Power, LLC** | None | **1500N. Big Run Road Ashland, KY 41102** | **Unknown** | **04/19/2001 to 09/02/2008** |
| **Appalachian Repair & Services, LLC** | 61-1455385 | **1500 N. Big Run Road Ashland, KY 41102** | **Mining equipment repair.** | **08/15/2003 to 01/03/2008** |
| **Belize River Fruit Company** | 61-1193048 | **1500 N. Big Run Road Ashland, KY 41102** | **Citrus operation.** | **04/06/1990 to 05/11/2007** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Big Sandy Coal Sales, LLC | 26-3589249 | 1500 N. Big Run Road Ashland, KY 41102 | Unknown | 10/09/2008 to 01/26/2010 |
| Big Sandy Properties, LLC | 36-4514840 | PO Box 5220 Ashland, KY 41105 | Coal dock operations. | 12/04/2002 to present. |
| Cannonsburg Development Funding I, LLC | 27-0155941 | P.O. Box 5220 Ashland, KY 41105 | Property Development | 01/07/2009 to present. |
| Cannonsburg Development Funding, LLC | 35-2348664 | P.O. Box 5220 Ashland, KY 41105 | Joint venture to develop property owned by Addington Land Co.; never happened. | 10/09/2008 to present. |
| Carbon Fuels Illinois, LLC | 26-0379315 | PO Box 5220 Ashland, KY 41105 | Unknown | 02/01/2007 to present. |
| Carbon Fuels Properties, LLC | 20-1013155 | PO Box 5220 Ashland, KY 41105 | Property Management | 03/26/2004 to present. |
| Caribbean Holdings, Inc. | 20-5373773 | P.O. Box 5220 Ashland, KY 41105 | Related to operation of an island in Belize. | 08/14/2006 to 12/27/11. |
| Caribbean Medical Holding Ltd. | None | P.O. Box 192 Belize City, Belize | Unknown | 03/13/2002  to unknown |
| Caye Chapel Ventures Ltd. | 62-1699458 | P.O. Box 192 Belize City, Belize | Related to operation of an island in Belize. | 01/01/1997 to present. |
| Coal Strategies, LLC | None | 1500 N. Big Run Road Ashland, KY 41102 | Consulting | 10/09/2008 to present. |
| Colorado Energy Investments, LLC | 81-0639412 | P.O. Box 5220 Ashland, KY 41105 | Holding Company | 08/22/2003 to present. |
| Eastern Terminals Land Company, LLC | None | P.O. Box 5220 Ashland, KY 41105 | Land holding company. | 08/16/2002 to 12/27/11. |
| Eastern Terminals, LLC | 36-4503627 | P.O. Box 5220 Ashland, KY 41105 | Barge Loading facility | 06/21/2002 to present. |
| Energy Coal Resources, Inc. | 20-3658248 | 1500 N. Big Run Road Ashland, KY 41102 | Mining Company | 10/20/2005 to ?. |
| Energy Fuels, LLC | 61-1382807 | 1500 N. Big Run Road Ashland, KY 41102 | Energy Company | 11/06/2000 to 03/29/2010 |
| EnviroEnergy, LLC | None | 1500 N. Big Run Road Ashland, KY 41102 | Energy Company | 01/16/2001 to 09/02/2008. |
| Enviropower, LLC | 61-135517 | 1500 N. Big Run Road Ashland, KY 41102 | Energy company | 10/07/1999 to 11/01/2008 |
| Fountain Investments, LLC | 20-2052536 | P.O. Box 5220 Ashland, KY 41105 | Holding Company | 09/21/2004 to present. |
| Fuels Consulting Company, LLC | 61-1382649 | 1500 N. Big Run Road Ashland, KY 41102 | Consulting Company | 01/16/2001 to 06/13/2007 |
| J Lynn Ventures, LLC | Unknown | 1500 N. Big Run Road Ashland, KY 41102 | Unknown | 10/06/2000 to 07/31/2008 |
| Larry Addington Irrevoc. Fam. Ins.Trust | 61-6282617 | P.O. Box 5220 Ashland, KY 41105 | Trust | 01/11/2002 to present. |
| Mining Machinery Holding, Inc. | 32-0068892 | P.O. Box 5220 Ashland, KY 41105 | Name changed to Appalachian Mach | 03/27/2003 to name changed. |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Mining Machinery Services, LLC** | 61-1455385 | **1500 N. Big Run Road Ashland, KY 41102** | **Name changes to Appalachian Repair & Services, LLC** | **08/15/2003 to name changed.** |
| **MMI Inc.** | 31-1564366 | **1500 N. Big Run Road Ashland, KY 41102** | **Mining equipment repair/lease.** | **09/16/1997 to 05/11/2007.** |
| **MMI Leasing Company, Inc.** | 31-1564365 | **1500 N. Big Run Road Ashland, KY 41102** | **Mining equipment repair/lease.** | **09/16/1997 to 05/11/2007** |
| **Pyramid Island Development, Inc.** | 61-1162118 | **P.O. Box 5220 Ashland, KY 41105** | **Related to operation of an island in Belize.** | **02/21/1989 to 12/27/11.** |
| **Snowcreek Development Company, LLC** | 55-0399323 | **3100 Maria Drive Lexington, KY 40516** | **Land development company.** | **04/23/2002 to present.** |
| **St. Luke's University** | None | **1500 N. Big Run Road Ashland, KY 41102** | **Related to a medical school in Belize.** | **03/18/2002 to unknown.** |
| **St. Luke's University USA, LLC** | 47-0863916 | **1500 N. Big Run Road Ashland, KY 41102** | **Related to a medical school in Belize.** | **05/03/2002 to 06/13/2007.** |
| **Ultra Energy Resources, LLC** | 20-1013112 | **P.O. Box 5220 Ashland, KY 41105** | **Holding company.** | **03/26/2004 to present.** |
| **Wabash Land Holding Company** | 61-1295760 | **P.O. Box 5220 Ashland, KY 41105** | **Holding Company** | **01/22/1996 to present.** |
| **Western Caribbean University, LLC** | 01-0623105 | **1500 N. Big Run Road Ashland, KY 41102** | **Related to medical school in Belize.** | **03/08/2002 to 06/13/2007.** |
| **Western Kentucky Fuels, LLC** | 61-1383469 | **1500 N. Big Run Road Ashland, KY 41102** | **Energy Company** | **01/18/2001 to 09/02/2008.** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Crystal Slutz 1101 Port Rd. Wurtland, KY 41144** | **January 1, 2008 to present.** |
| **Jeff Muncy 1512 N. Big Run Rd. Ashland, KY 41102** | **Est. 1990-2011** |

13

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None □ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Crystal Slutz | 1101 Port Rd.<br>Wurtland, KY 41144 |

None □ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Frost Brown Todd, LLC<br>P.O. Box 70087<br>Louisville, KY 40270-0087 | 2010 |
| Town Square Bank<br>9431 US Route 60<br>Ashland, KY 41102 | May, 2010 |
| Peoples Bank, N.A.<br>130 Putnam, St.<br>Marietta, OH 45750 | November, 2010 |

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

14

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **January 26, 2012**                          Signature   **/s/ Larry Conrad Addington**

                                                                  **Larry Conrad Addington**

                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Larry Conrad Addington**

Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **To be Determined** |
| Prior to the filing of this statement I have received | $ | **175,000** |
| Balance Due | $ | **To Be Determined** |

2.    $  **0.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

5.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
  **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
  **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January 26, 2012**

**/s/ Donald W. Mallory**
**Donald W. Mallory**
**Cohen, Todd, Kite & Stanford, LLC**
**250 East Fifth Street**
**Suite 2350**
**Cincinnati, OH 45202-5136**
**513-421-4020  Fax: 513-241-4495**

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Larry Conrad Addington**             Case No. _____

                            Debtor(s)     Chapter    **11**

# VERIFICATION OF MAILING LIST MATRIX

       I, **Larry Conrad Addington** , the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **10** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **January 26, 2012**             **/s/ Larry Conrad Addington**

                                       **Larry Conrad Addington**
                                       Signature of Debtor

I,      **Donald W. Mallory**      , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **10** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **January 26, 2012**             **/s/ Donald W. Mallory**

                                       Signature of Attorney
                                       **Donald W. Mallory**
                                       **Cohen, Todd, Kite & Stanford, LLC**
                                       **250 East Fifth Street**
                                       **Suite 2350**
                                       **Cincinnati, OH 45202-5136**
                                       **513-421-4020   Fax: 513-241-4495**

.

Addington Aviation, LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington DE 19801


Addington Exploration, LLC
PO Box 5220
Ashland KY 41105


Addington Land Co., LLC
c/o BTH, Inc. Lexington
2700 Lexington Financial Center
Lexington KY 40507


Agrosil Energy, LLC
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover DE 19904


Aire-Serv Heating & Air Conditioning
2106-1/2 13th St.
Ashland KY 41101


American Reclamation Co., LLC
c/o Jeffrey Muncy
1500 N. Big Run Road
Ashland KY 41102


Andrew Wood
Wood Wood & Young
33 W. 2nd Street, Suite 300
Maysville KY 41056


Appalachian Machinery, Inc.
c/o FBT, LLC Lexington
250 W. Main St., Ste. 2700
Lexington KY 40507


Armstrong Cable
P.O. Box 37749
Philadelphia PA 19101


AT&T
P.O. Box 8212
Aurora IL 60572

Big  Sandy  Properties,  LLC
PO  Box  5220
Ashland KY 41105


Boyd  County  Sheriff
PO  Box  558
Catlettsburg KY 41129


Branch  Banking  &  Trust  Co.
c/o  CT  Corporation  System
306  West  Main  Street,  Suite  512
Frankfort KY 40601


Brian  H.  Meldrum/Stites  &  Harbinson  PLLC
2700  Lexington  Financial  Center
250  West  Main  Street
Lexington KY 40507


Bruce  Addington
4422  Bryan  Station  Rd.
Lexington KY 40516


Business  Aircraft  Leasing,  Inc.
404  BNA  Dr.,  BLDG  200,  Suite  305
Nashville TN 37217


Business  Aircraft  Leasing,  Inc.
404  BNA  Dr.,  Suite  305
Nashville TN 37217


Business  Aircraft  Leasing,  Inc.
404  BNA  Dr.Suite  305
Nashville TN 37217


Business  Aircraft  Leasing,  Inc.
c/o Charles  Mulle
404  BNA  Drive  B200,  Suite  305
Nashville TN 37217


CACH,  LLC
4340,  S.  Monaco,  Second  Floor
Denver CO 80237

Cannonsburg Water
1606 Cannonsburg Rd.
Ashland KY 41102


Carbon Fuels Illinois, LLC
PO Box 5220
Ashland KY 41105


Carbon Fuels Properties, LLC
PO Box 5220
Ashland KY 41105


Caterpillar Financial Services Corp.
P.O. Box 340001
Nashville TN 37203


Chubb Insurance Co.
P.O. Box 7247-0180
Philadelphia PA 19170


Columbia Gas
P.O. Box 742523
Cincinnati OH 45274-2523


Custom Pools & Spas
110 Robert & Mary St.
Grayson KY 41143


Daniel Rucker
12 Rachel Branch
Rush KY 41168


David Jones
2629 Bonanza Drive
Catlettsburg KY 41129


DirecTV
P.O. Box 6414
Carol Stream IL 60197-6414


Donna Addington
1237 Sheffield Place
Lexington KY 40509

EBA Development, LLC
c/o FBT, LLC Lexington
2700 Lexington Financial Center
Lexington KY 40502


Elliott County Sheriff
PO Box 729
Sandy Hook KY 41171


Emily H. Cowles
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington KY 40507-1395


Energy Coal Resources, Inc.
c/o FBT LLC Lexington
250 W. Main St., Ste. 2700
Lexington KY 40507


Energy Coal Resources, Inc.
c/o FBT LLC Lexington
250 W, Main St., Ste. 2700
Lexington KY 40507


Erik Addington
152 Easy Street
Staffordsville KY 41256


Estate of Larry Michael Addington
c/o Amy Addington
1500 N. Big Run Road
Ashland KY 41102


Frank Bennett
6575 Dorset Lane
Solon OH 44139


Frost Brown Todd, LLC
P.O. Box 70087
Louisville KY 40270-0087


GATX
222 West Adams Street
Chicago IL 60606

Gregory Mason
2525 Oak Hill Lane
Ashland KY 41102


Gregory Stumbo
108 Kassidy Drive
Prestonsburg KY 41653


Gulf Coast Aggregates, LLC
c/o Melissa King
53681 Spencer Road
Cumberland OH 43732


Halifax Financial Group
821 N. Madison Ave
Greenwood IN 46142-4128


Horsepower Leasing, LLC
c/o FBT, LLC Lexington
250 W. Main St., Ste. 2700
Lexington KY 40507


Illinois Fuel Co., LLC
c/o FBT LLC Lexington
2700 Lexington Financial Center
Lexington KY 40507


Illinois Fuel Company, LLC
c/o FBT LLC Lexington
2700 Lexington Financial Center
Lexington KY 40507


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


James E. Daniel, II, DMD
1408 Central Ave.
Ashland KY 41101


Jeffrey L. Muncy
74 Muncy Lane
Ashland KY 41102

Jet Support Services, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington DE 19801


John C. Smith
4403 Mesa Drive
Catlettsburg KY 41129


John Deere Credit Corporation
c/o Elizabeth Thompson, Stites Harbison
250 W. Main St., Ste. 2300
Lexington KY 40507


Jones, Waldo, Holbrook & McDonough
P.O. Box 45444
Salt Lake City UT 84145-0444


Jones, Walters, Turner & Shelton, PLLC
P.O. Box 1167
Pikeville KY 41502


Julie Hudson
2003 West Holt Court
Ashland KY 41101


Kathy Reid
198 Springfield Lane
Jacksboro TN 37757


Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
PO Box 5222
Frankfort KY 40602


Kentucky Power
P.O. Box 24401
Canton OH 44701-4401


King's Daughters Medical Specialties
P.O. Box 2379
Ashland KY 41105-2379

Larry  Austin  Dickerson
RR1,  Box  1005
Sandy Hook KY 41171


Lyndon  Property  &  Casualty
14755  North  Outer  Forty  Drive  Suite  400
Chesterfield MO 63017-6050


Machinery  Sales  &  Service,  LLC
c/o  Jeffrey  L.  Muncy
1512  North  Big  Run  Rd.
Ashland KY 41102


Mark  Garrett  Smith
3417  Courtyard  Circle
Dallas TX 75234


Mayo  Clinic  Florida
P.O.  Box  790124
Saint Louis MO 63179-0124


Michael  J  Gartland
200  North  Upper  Street
Lexington KY 40507


Michael  Joseph  Gartland
DelCotto  Law  Group  PLLC
200  N.  Upper  Street
Lexington KY 40507


Midwestern  Biofuels,  LLC
c/o  FBT  LLC  Lexington
250  W.  Main  St.,  Ste.  2700
Lexington KY 40507


Miller  &  Wells,  PLLC
300  E.  Main  St.
Suite  360
Lexington KY 40507


Mining  Services,  LLC
250  Riverwood  Dr.
Grayson KY 41143

Official Commitee Appalachian Fuels, LLC
c/o Allan B. Diamond
909 Fannin, Suite 1500
Houston TX 77010


Orkin
8031 Hayport Rd.
Wheelersburg OH 45694


Paul Baker
1296 Ky Rt 1086
Wayland KY 41666


Peoples Bank, N.A.
130 Putnam St.
Marietta OH 45750


PNC Bank
P.O. Box 856177
Louisville KY 40285-6177


PNC Equipment Finance, LLC
One PNC Plaza
249 Fifth Street
Pittsburgh PA 15222-2707


Prichard Lawncare, Inc.
P.O. Box 5234
Ashland KY 41105-5234


Prince Electronics
1270 Dillow Ave.
Raceland KY 41169


Princess Fuels, LLC
1112 Cherokee Drive
Grayson KY 41143


Pyramid Island Development, Inc.
PO Box 5220
Ashland KY 41105

Republic Bank, Inc. c/o Stephen Tingey
Ray, Quinney & Nebeker, PC
P.O. Box 45385
Salt Lake City UT 84145-0385


Robert Addington
1237 Sheffield Place
Lexington KY 40509-2037


Samantha Rose Lafferty
576 Long Branch Highway
Van Lear KY 41265


Sarah Sheeran Mattingly
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington KY 40507


Stephen Addington
2057 W. Hearthstone Lane
Ashland KY 41102


Summit Cleaners
6926 US Rt. 60
Ashland KY 41102


Task Trucking, Inc.
c/o Larry Austin Dickerson
RT. #1, Box 1005
Sandy Hook KY 41171


Thomas J. Morel
Kirkland & Ellis - Chicago
300 N. LaSalle Street. Suite 2400
Chicago IL 60654


Town Square Bank
9431 US Route 60
Ashland KY 41102


Tri-State Airport Authority, Inc.
Huntington Tri-State Airport
c/o J. Brienza, 1449 Airport Road
Huntington WV 25704

U.S Department of Labor
OWCP/DCMWC
164 Main Street, Suite 508
Pikeville KY 41501


W. Travis Parham & Robert Chapski
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville TN 37219


Windstream
P.O. Box 9001908
Louisville KY 40290-1908

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   __Larry Conrad Addington__                                   Case No. _____

                                           Debtor(s)               Chapter   __11__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| __Larry Conrad Addington__ | X  __/s/ Larry Conrad Addington__        __January 26, 2012__ |
| Printed Name(s) of Debtor(s) | Signature of Debtor            Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)      Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B22B (Official Form 22B) (Chapter 11) (12/10)

In re  **Larry Conrad Addington**
_____
                    Debtor(s)

Case Number: _____
                    (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A | Column B |
|---|---|---|---|

| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. | | |
| | a.  ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** | | |
| | b.  ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** | | |
| | c.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br><br>Debtor's Income | Column B<br><br>Spouse's Income |
|---|---|---|---|
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $        2,083.33 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><br>    a. Gross receipts   Debtor $ 0.00   Spouse $<br>    b. Ordinary and necessary business expenses   $ 0.00   $<br>    c. Business income   Subtract Line b from Line a | $              0.00 | $ |
| 4 | **Net Rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><br>    a. Gross receipts   Debtor $ 0.00   Spouse $<br>    b. Ordinary and necessary operating expenses   $ 0.00   $<br>    c. Rent and other real property income   Subtract Line b from Line a | $              0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | $              2.38 | $ |
| 6 | **Pension and retirement income.** | $              0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $              0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ | $              0.00 | $ |
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>    a.   Debtor $   Spouse $<br>    b.   $   $ | $              0.00 | $ |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $        2,085.71 | $ |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                                 2

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ | **2,085.71** |
|----|----|----|----|

| | **Part II. VERIFICATION** | | |
|----|----|----|----|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* <br><br> Date:   __January 26, 2012__          Signature:  __/s/ Larry Conrad Addington__ <br><br>                                                        **Larry Conrad Addington** <br>                                                             (Debtor) | | |